**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7033**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

CUONG QUOC HUYNH,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:19-cr-00012-LMB-1)

Submitted: September 17, 2020                    Decided: October 26, 2020

Before DIAZ and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Cuong Quoc Huynh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cuong Quoc Huynh appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Huynh*, No. 1:19-cr-00012-LMB-1 (E.D. Va. June 26, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*